IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | Judge: Deborah L. Thorne |
| Christy A. Thomas, § | Case No.: 22-09817 |
| § | Chapter: 11 |
| § | |
| Debtor. § | |

EXHIBIT LIST

NOW COMES JPMorgan Chase Bank National Association (hereinafter "Chase"), by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, submitting the following Exhibits, pursuant to this Honorable Court's Pretrial Order, entered August 02, 2023 and supplemented August 09, 2023.

| Creditor's Exhibit Number | Description |
|---|---|
| 1 | Certified copy of Lake County Recorder Document #4377029, original plat of survey |
| 2 | Certified copy of Lake County Recorder Document #4623168, December 08, 2000, senior mortgage signed by the Debtor |
| 3 | Certified copy of Lake County Recorder Document #4624032, Trustee's Deed Joint Tenancy |
| 4 | Certified copy of Lake County Recorder Document #4624033, December 08, 2000, junior mortgage signed by the Debtor |
| 5 | Certified copy of Lake County Recorder Document #4895926, February 26, 2002, mortgage signed by the Debtor |
| 6 | Certified copy of Lake County Recorder Document #5399623, October 03, 2003, mortgage signed by the Debtor |
| 7 | Certified copy of Lake County Recorder Document #5955540, February 27, 2006, construction mortgage signed by the Debtor |

| 8 | Certified copy of Lake County Recorder Document #6241066, August 28, 2007, mortgage signed by the Debtor |
|---|---|
| 9 | Certified copy of Lake County Recorder Document #6329426, March 28, 2008, mortgage signed by the Debtor |
| 10 | Certified copy of Lake County Recorder Document #6419916, December 23, 2008, Quit Claim Deed, signed by the Debtor |
| 11 | Certified copy of Complaint for Foreclosure of Mortgage, filed in the Circuit Court for the Nineteenth Judicial Circuit Court – Lake County, Illinois, on July 02, 2010 |
| 12 | Certified copy of Defendants' Answer to Complaint, filed in the Circuit Court for the Nineteenth Judicial Circuit Court – Lake County, Illinois, on March 03, 2011 |
| 13 | Certified copy of Agreed Order granting leave to Debtor to file amened answer, affirmative defense and counterclaim, entered in the Circuit Court for the Nineteenth Judicial Circuit Court – Lake County, Illinois, on February 17, 2012 |
| 14 | Certified copy of Defendants' Amended Answer, Amended Affirmative Defenses and Counterclaim to Complaint for Foreclosure of Mortgage, filed in the Circuit Court for the Nineteenth Judicial Circuit Court – Lake County, , Illinois, on February 17, 2012 |
| 15 | Certified copy of Judgment of Foreclosure and Order of Sale, entered in the Circuit Court of the Nineteenth Judicial Circuit – Lake County, Illinois, on March 09, 2016 |
| 16 | Certified copy of Mortgage Foreclosure Special Progress Call Order, entered in the Circuit Court of the Nineteenth Judicial Circuit – Lake County, Illinois, on April 24, 2014 |
| 17 | Certified copy of Order, entered in the Circuit Court of the Nineteenth Judicial Circuit – Lake County, Illinois, on April 08, 2020 |
| 18 | Certified copy of Order, entered in the Circuit Court of the Nineteenth Judicial Circuit – Lake County, Illinois, on May 21, 2021 |
| 19 | Appraisal conducted on behalf of JPMorgan Chase Bank, National Association, On February 14, 2008, specifically for the refinance |
| 20 | Universal Residential Loan Application, signed by the borrower February 08, 2008 |
| 21 | February 01, 2013, letter approving loan modification trial |

| 22 | April 24, 2013, modification denial letter for failure to tender trial payments |
| --- | --- |
| 23 | May 28, 2013, letter approving loan modification trial |
| 24 | September 11, 2013, modification denial letter for failure to tender trial payments |
| 25 | December 27, 2013, modification denial letter for failure to tender required documents |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10/24/2023 a true and correct copy of the foregoing was served by U.S. Mail, First Class to:

Christy A. Thomas
61 George St
Grayslake, IL 60030-1536

and those parties receiving CM/ECF service:

J Kevin Benjamin, Esq.
Benjamin Legal Services PLC
1016 W. Jackson Boulevard
Chicago, IL

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

By: */s/ Toni Townsend*
Toni Townsend